

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2015

No. 04-15-00350-CV

Jack **RETTIG**,
Appellant

v.

Ronald E. **BRUNO**, Christopher Garcia, Sergio Lopez, Patrick G. Mendoza, and Troy J. Williams,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVQ000699 D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Appellant's Motion to Abate Appeal is hereby DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court